IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-575-RGA |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to move, plead, or otherwise respond to the Complaint, D.I. 1, is extended through and including July 18, 2025, and that the time to move, plead, or otherwise respond to any motion or claim filed by TVision in response to the Complaint is extended through and including August 15, 2025.

| | |
|---|---|
| */s/ Malisa C. Dang* | */s/ Lindsey M. Gellar* |
| David E. Moore (No. 3983) | Andrew E. Russell (No. 5382) |
| Bindu A. Palapura (No. 5730) | Nathan R. Hoeschen (No. 6232) |
| Malisa C. Dang (No. 7187) | Lindsey M. Gellar (No. 7202) |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | arussell@shawkeller.com |
| bpalapura@potteranderson.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | lgellar@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: May 20, 2025

SO ORDERED this _____ day of _____ 2025.

_____
United States District Court Judge