IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-575-RGA |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the

deadline for defendant TVision Insights, Inc. to file its reply brief in support of its Motion to

Dismiss (D.I. 11) is extended through and including August 29, 2025.

| | |
|---|---|
| */s/ Malisa C. Dang* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | Andrew E. Russell (No. 5382) |
| Bindu A. Palapura (No. 5730) | Lindsey M. Gellar (No. 7202) |
| Malisa C.  Dang (No. 7187) | SHAW KELLER LLP |
| POTTER ANDERSON & CORROON LLP | I.M. Pei Building |
| Hercules Plaza, 6th Floor | 1105 North Market Street, 12th Floor |
| 1313 N. Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 984-6000 | arussell@shawkeller.com |
| dmoore@potteranderson.com | lgellar@shawkeller.com |
| bpalapura@potteranderson.com | *Attorneys for Defendant* |
| mdang@potteranderson.com | |
| *Attorneys for Plaintiff* | |

Dated: August 15, 2025


        SO ORDERED this _____ day of _____ 2025.


                    _____
                    United States District Court Judge