**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TVISION INSIGHTS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 25-575-RGA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 25, 2025, upon the following attorneys of record as indicated below:

> PLAINTIFF THE NIELSEN COMPANY (US), LLC'S DISCLOSURES PURSUANT TO PARAGRAPH 3 OF THE DEFAULT STANDARD FOR DISCOVERY INCLUDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION

> PLAINTIFF THE NIELSEN COMPANY (US), LLC's DISCLOSURES PURSUANT TO PARAGRAPH 4(a) OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY

> PLAINTIFF THE NIELSEN COMPANY (US), LLC'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

**VIA ELECTRONIC MAIL**

Andrew E. Russell
Nathan R. Hoeschen
Lindsey M. Gellar
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
arussell@shawkeller.com
nhoeschen@shawkeller.com
lgellar@shawkeller.com

Jason Xu
RIMON LAW
1990 K. Street, NW, Suite 420
Washington, DC 20006
jason.xu@rimonlaw.com

Patrick D. Curran
QUINN EMANUEL URQUHART & SULLIVAN LLP
11 Huntington Avenue, Suite 5200
Boston, MA 02199
patrickcurran@quinnemanuel.com

Richard A. Koffman
Daniel McCuaig
Benjamin D. Brown
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
rkoffman@cohenmilstein.com
dmccuaig@cohenmilstein.com
bbrown@cohenmilstein.com

Eric C. Cohen
RIMON LAW
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
eric.cohen@rimonlaw.com

Steig D. Olson
Sami H. Rashid
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
steigolson@quinnemanuel.com
samirashid@quinnemanuel.com

Adam B. Wolfson
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S, Figueroa Street, 10th Floor
Los Angeles, CA 90017
adamwolfson@quinnemanuel.com

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
| | David E. Moore (#3983) |
| Steven Yovits | Bindu A. Palapura (#5370) |
| Douglas Lewis | Andrew M. Moshos (#6685) |
| Jason Greenhut | Malisa C. Dang (#7187) |
| KELLEY DRYE & WARREN LLP | Hercules Plaza, 6th Floor |
| 333 West Wacker Drive | 1313 N. Market Street |
| Chicago, IL 60606 | Wilmington, DE 19801 |
| Tel: (312) 857-7070 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| Dated: November 25, 2025 | bpalapura@potteranderson.com |
| 12576388 / 14944.00011 | amoshos@potteranderson.com |
| | mdang@potteranderson.com |
| | |
| | *Attorneys for Plaintiff The Nielsen Company (US), LLC* |

3