IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,              )<br>                                                                        )<br>                  Plaintiff,                                      )<br>                                                                        )<br>         v.                                                          )   C.A. No. 25-575-CJB<br>                                                                        )<br>TVISION INSIGHTS, INC.,                            )<br>                                                                        )<br>                  Defendant.                                   )<br>_____)<br>                                                                        )<br>TVISION INSIGHTS, INC.,                            )<br>                                                                        )<br>                  Counter-Plaintiff,                         )<br>                                                                        )<br>         v.                                                          )<br>                                                                        )<br>THE NIELSEN COMPANY (US), LLC,              )<br>                                                                        )<br>                  Counter-Defendant.                      ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 4, 2025, the following document was served on the persons listed below in the manner indicated:

1) Defendant and Counter-Plaintiff Tvision Insights, Inc.'s First Set of Requests for Production of Documents

**BY EMAIL:**
David E. Moore
Bindu A. Palapura
Andrew M. Moshos
Malisa C. Dang
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com
mdang@potteranderson.com

Steven Yovits
Jason P. Greenhut
Douglas Lewis
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 857-7070
syovits@kelleydrye.com
jgreenhut@kelleydrye.com
dlewis@kelleydrye.com

OF COUNSEL:
Jason Xu
RIMÔN LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
(202) 470-2141

Eric C. Cohen
RIMÔN LAW P.C.
4030 Wake Forest Road, Suite 300
Raleigh, NC 27609
(984) 960-2860

Steig D. Olson
Sami H. Rashid
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant/Counterclaimant TVision Insights, Inc.*

Patrick D. Curran
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
11 Huntington Avenue, Suite 5200
Boston, MA 02199
(617) 712-7100

Adam B. Wolfson
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Benjamin D. Brown
Richard A. Koffman
Daniel McCuaig
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave NW, Suite 800
Washington, DC  20005
(202) 408-4600

Dated: December 4, 2025