# EXHIBIT A

**EXHIBIT A**

**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**

I, ______________________________ [print or type full name], of ______________________________ [print or type full address] declare under penalty of perjury that I have read in its entirety the Stipulated Protective Order that was issued by the United States District Court for the District of Delaware in the case of *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, C.A. No. 1:25-cv-00575-CJB.

I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the District of Delaware for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

Experts reviewing Source Code only: I will be reviewing source code for the following patents: ______________________________

Date: ______________________________

City and State where sworn and signed: ______________________________

Printed Name: ______________________________

Signature: ______________________________