# EXHIBIT A

**Kennison, Matthew P.**

|  |  |
|---|---|
| **From:** | Kennison, Matthew P. |
| **Sent:** | Tuesday, December 16, 2025 12:18 PM |
| **To:** | 'Steig Olson'; Yovits, Steven; Courtney Harris; Andrew M. Moshos ; Bindu Ann Palapura (bpalapura@potteranderson.com); Lewis, Douglas; Greenhut, Jason P.; Malisa C. Dang ; Moore, David; Eric Cohen; Jason Xu; QE-TVision-Nielsen; Wood, Andrew; Mahr, Jessie; Nate Hoeschen; TVision; Ginnie Lynch; Herod, Ted A.; Verrilli, Nathan D. |
| **Subject:** | RE: C.A. No. 25-575-CJB The Nielsen Company (US), LLC v. TVision Insights, Inc. - Discovery |

Steig,

Thank you for the courtesy. On consolidation, Nielsen has considered TVision's request to consolidate the cases and does not agree. After reviewing and considering the proposals and the draft stipulation you provided below, it is clear that TVision is attempting to improperly split its counterclaim across two lawsuits. We intend to move to dismiss the counterclaim in this case on that basis, among other reasons, and therefore do not agree to consolidate the cases. As for the disclosures, Nielsen did amend to provide the names of custodians who are relevant to the antitrust counterclaim on 11/26/25. Happy to discuss further if you believe it necessary.

Best,
Matt

**MATTHEW KENNISON**

**Kelley Drye & Warren LLP**
Tel: (312) 857-2311

---

**From:** Steig Olson <steigolson@quinnemanuel.com>
**Sent:** Tuesday, December 16, 2025 8:02 AM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>; Courtney Harris <charris@shawkeller.com>; Andrew M. Moshos <amoshos@potteranderson.com>; Bindu Ann Palapura (bpalapura@potteranderson.com) <bpalapura@potteranderson.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Malisa C. Dang <mdang@potteranderson.com>; Moore, David <dmoore@potteranderson.com>; Kennison, Matthew P. <MKennison@KelleyDrye.com>; Eric Cohen <eric.cohen@rimonlaw.com>; Jason Xu <jason.xu@rimonlaw.com>; QE-TVision-Nielsen <qe-tvision-nielsen@quinnemanuel.com>; Wood, Andrew <AWood@KelleyDrye.com>; Mahr, Jessie <JMahr@KelleyDrye.com>; Nate Hoeschen <nhoeschen@shawkeller.com>; TVision <tvision@cohenmilstein.com>; Ginnie Lynch <glynch@shawkeller.com>
**Subject:** RE: C.A. No. 25-575-CJB The Nielsen Company (US), LLC v. TVision Insights, Inc. - Discovery

**CAUTION: This message originated outside of Kelley Drye and was sent by: steigolson@quinnemanuel.com**

---

Steven,

We will, of course, provide this extension as a courtesy. At the same time, we would like to meet and confer with Nielsen about the custodians associated with these requests. We have reviewed your disclosures, and the custodians Nielsen identified appear overwhelmingly to concern patent issues, and not the issues implicated by our antitrust counterclaims. Will Nielsen be amending its disclosures to add appropriate custodians for the antitrust issues? If not, please let us know when you are available to meet and confer.

In addition, please let us know whether the stipulation we sent regarding consolidation is acceptable. We would like to resolve this issue – preferably without the need for Court intervention – as soon as possible, as it has been lingering for some time.

Thank you,
Steig

---

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Sent:** Saturday, December 13, 2025 4:15 PM
**To:** Courtney Harris <charris@shawkeller.com>; Andrew M. Moshos <amoshos@potteranderson.com>; Bindu Ann Palapura (bpalapura@potteranderson.com) <bpalapura@potteranderson.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Malisa C. Dang <mdang@potteranderson.com>; Moore, David <dmoore@potteranderson.com>; Kennison, Matthew P. <MKennison@KelleyDrye.com>; Eric Cohen <eric.cohen@rimonlaw.com>; Jason Xu <jason.xu@rimonlaw.com>; QE-TVision-Nielsen <qe-tvision-nielsen@quinnemanuel.com>; Wood, Andrew <AWood@KelleyDrye.com>; Mahr, Jessie <JMahr@KelleyDrye.com>; Nate Hoeschen <nhoeschen@shawkeller.com>; TVision <tvision@cohenmilstein.com>; Ginnie Lynch <glynch@shawkeller.com>
**Cc:** Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** RE: C.A. No. 25-575-CJB The Nielsen Company (US), LLC v. TVision Insights, Inc. - Discovery

**[EXTERNAL EMAIL from syovits@kelleydrye.com]**

---

Counsel for TVision:

May Nielsen have a 30-day extension to respond to Defendant and Counter-Plaintiff TVision Insights, Inc.'s First Set of Requests for Production of Documents?

Thank you.

**STEVEN YOVITS**
Chair, Patent Practice

**Kelley Drye & Warren LLP**
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Tel: (312) 857-7099
Cell: (312) 593-3361

syovits@kelleydrye.com

**From:** Courtney Harris <charris@shawkeller.com>
**Sent:** Thursday, December 4, 2025 10:36 AM
**To:** Andrew M. Moshos <amoshos@potteranderson.com>; Bindu Ann Palapura (bpalapura@potteranderson.com) <bpalapura@potteranderson.com>; Lewis, Douglas <DLewis@KelleyDrye.com>; Greenhut, Jason P. <JGreenhut@KelleyDrye.com>; Malisa C. Dang <mdang@potteranderson.com>; Moore, David <dmoore@potteranderson.com>; Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** C.A. No. 25-575-CJB The Nielsen Company (US), LLC v. TVision Insights, Inc. - Discovery

**CAUTION: This message originated outside of Kelley Drye and was sent by: charris@shawkeller.com**

Please find attached the following documents for service:

- Defendant and Counter-Plaintiff Tvision Insights, Inc.'s First Set of Requests for Production of Documents
- Notice of Service

Courtney N. Harris
*Senior Litigation Paralegal*
**SHAW KELLER LLP**
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0716- Telephone
(302) 300-4026- Facsimile

NOTE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copy of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer

# EXHIBIT B

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT C

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT D

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY