IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>TVISION INSIGHTS, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-575-CJB |

**JOINT MOTION TO RESOLVE DISCOVERY DISPUTE**

Plaintiff The Nielsen Company (US), LLC and Defendant TVision Insights, Inc. (together, "the Parties") respectfully move this Court to resolve an outstanding discovery dispute.

As a result of the April 6, 2026 Oral Order from the Court (D.I. 74), the Parties have provided submissions (D.I. 75, 79 and 82). Now that briefing is complete, TVision intends to request oral argument and to file a notice, pursuant to the Oral Order and the Court's Standing Order Regarding Courtroom Opportunities for Newer Attorneys, that were argument to be set, a newer attorney will argue the disputes.

*/s/ David E. Moore*
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
*Attorneys for Plaintiff/Counterclaim-Defendant The Nielsen Company (US), LLC*

*/s/ Virginia K. Lynch*
Andrew E. Russell (No. 5382)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
glynch@shawkeller.com
*Attorneys for Defendant/Counterclaim-Plaintiff TVision Insights, Inc.*

Dated: April 21, 2026