IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-575-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

**REQUEST FOR ORAL ARGUMENT AND NOTICE TO COURT REGARDING PARTICIPATION OF NEWER ATTORNEY IN MOTION TO COMPEL HEARING**

Pursuant to the Court's Standing Order Regarding Courtroom Opportunities for Newer Attorneys, *see* D.I. 74, Counterclaim-Plaintiff TVision Insights, Inc. ("TVision") hereby requests oral argument on the discovery issues raised by TVision and briefed by the parties, D.I. 75, 79, 81, and provides notice that, if the Court were to set argument, TVision intends to have newer attorneys argue issues raised in TVision's discovery motion.

Based on the Court's availability for oral argument, if scheduled, Simon Barnas of Quinn Emanuel Urquhart & Sullivan, LLP and/or Grace Choi of Cohen Milstein Sellers & Toll PLLC intend to argue all, or part of the issues raised in TVision's discovery motion. They are both newer attorneys—Mr. Barnas graduated from law school in 2020, and Ms. Choi graduated from law school in 2024. They have each been substantially involved in these matters and will be prepared to present TVision's positions during the argument, should argument be scheduled.

/s/ Virginia K. Lynch
Andrew E. Russell (No. 5382)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
glynch@shawkeller.com
*Attorneys for Defendant/Counterclaim-Plaintiff TVision Insights, Inc.*

OF COUNSEL:
Jason Xu
RIMÔN LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
(202) 470-2141

Eric C. Cohen
RIMÔN LAW P.C.
4030 Wake Forest Road, Suite 300
Raleigh, NC 27609
(984) 960-2860

Steig D. Olson
Sami H. Rashid
Andrew Faisman
Szymon Barnas
QUINN EMANUEL URQUHART
& SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

Patrick D. Curran
QUINN EMANUEL URQUHART
& SULLIVAN LLP
11 Huntington Avenue, Suite 5200
Boston, MA 02199
(617) 712-7100

Adam B. Wolfson
QUINN EMANUEL URQUHART
& SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Benjamin D. Brown
Richard A. Koffman
Daniel McCuaig
Alexander J. Noronha
Grace Choi
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave NW, Suite 800
Washington, DC 20005
(202) 408-4600

Dated: April 21, 2026