**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
|     Plaintiff/Counterclaim | ) | |
|     Defendant, | ) | C.A. No. 25-575-RGA |
| | ) | |
|     v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
|     Defendant/Counterclaim | ) | |
|     Plaintiff. | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on May 28, 2026, upon the following attorneys of record as

indicated below:

    THE NIELSEN COMPANY (US), LLC'S OPENING CLAIM CONSTRUCTION
    BRIEF

    JOINT APPENDIX WITH EXHIBITS 1-4

**VIA ELECTRONIC MAIL**

Andrew E. Russell
Nathan Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
arussell@shawkeller.com
nhoeschen@shawkeller.com

Jason Xu
RIMON LAW
1990 K. Street, NW, Suite 420
Washington, DC 20006
jason.xu@rimonlaw.com

Patrick D. Curran
QUINN EMANUEL URQUHART & SULLIVAN LLP
11 Huntington Avenue, Suite 5200
Boston, MA 02199
qe-tvision-nielsen@quinnemanuel.com

Richard A. Koffman
Daniel McCuaig
Benjamin D. Brown
Grace Choi
Alexander J. Noronha
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
tvision@cohenmilstein.com

Eric C. Cohen
RIMON LAW
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
eric.cohen@rimonlaw.com

Steig D. Olson
Sami H. Rashid
Andrew Faisman
Szymon Barnas
QUINN EMANUEL URQUHART &
SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
qe-tvision-nielsen@quinnemanuel.com

Adam B. Wolfson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S, Figueroa Street, 10th Floor
Los Angeles, CA 90017
qe-tvision-nielsen@quinnemanuel.com

2

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven Yovits
Douglas Lewis
Jason Greenhut
Matthew Kennison
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Dated: May 28, 2026
12948320 / 14944.00011

By: */s/ Bindu A. Palapura*
       David E. Moore (#3983)
       Bindu A. Palapura (#5370)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE  19801
       Tel:  (302) 984-6000
       dmoore@potteranderson.com
       bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company*
*(US), LLC*

3