IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 25-575-CJB |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant/Counterclaim-Plaintiff. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the Court plans to reschedule the *Markman* Hearing from August 13, 2026 to October 2026;

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the deadlines for the following events are extended as follows. All other dates set forth in the scheduling order (D.I 24) remain unchanged.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendant serves its answering claim construction brief | June 18, 2026 | July 2, 2026 |
| Plaintiff serves its reply claim construction brief | July 2, 2026 | July 23, 2026 |
| Defendant serves its sur-reply claim construction brief | July 20, 2026 | August 13, 2026 |
| Joint Claim Construction Brief; Optional Tutorial; Notify Court regarding testimony/amount of time per side/order of presentation of issues at *Markman* hearing | July 24, 2026 | August 20, 2026 |

/s/ Bindu A. Palapura
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Malisa C. Dang (No. 7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com
*Attorneys for Plaintiff The Nielsen Company
(US), LLC*

/s/ Emily S. DiBenedetto
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
 (302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Defendant TVision Insights, Inc.*

Dated: June 17, 2026

SO ORDERED this _____ day of _____, 2026.

_____
Christopher J. Burke
United States Magistrate Judge

2