**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

Potter Anderson

David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

August 20, 2026

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, Case No. 25-575-CJB

Dear Judge Burke:

Plaintiff The Nielsen Company (US), LLC and Defendant TVision Insights, Inc., respectfully submit this joint letter regarding the *Markman* hearing scheduled on October 20, 2026 at 11:00 a.m. for the above referenced case.

1. The Parties do not request leave to present testimony at the hearing.

2. The Parties request an allocation of 2 hours for the hearing, with the time being split equally between the parties. Nielsen will present first on the term at issue.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:rms/12455497/24513.00001

cc: Clerk of the Court (via hand delivery)
Counsel of Record (via electronic mail)