IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>TVISION INSIGHTS, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-575-CJB |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for the parties to supplement the identification of all accused products and of all invalidity references (D.I. 24, ¶ 16), as well as Plaintiff's deadline to submit final infringement contentions (*id.* ¶ 6(f)), are adjourned. The parties will propose a new deadline as part of the Joint Proposed Amended Scheduling Order they will submit on September 25, 2026 pursuant to the Court's Order (D.I. 155).

*<u>/s/ Malisa Dang</u>*
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Malisa C. Dang (No. 7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Attorneys for Plaintiff and Counter-Defendant The Nielsen Company (US), LLC*

*<u>/s/ Nathan Hoeschen</u>*
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant and Counter-Plaintiff TVision Insights, Inc.*

Dated: September 18, 2026

IT IS SO ORDERED this ______ day of ________________, 2026.

_________________________________
United States Magistrate Judge