**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-575-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT AMENDED SCHEDULE**

WHEREAS the parties have met and conferred regarding an amended case scheduling order pursuant to the Court's September 14, 2026 Order (D.I. 155);

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel and subject to the approval of the Court, that the Scheduling Order (D.I. 24) shall be amended as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Substantial completion of document production | September 18, 2026 | October 9, 2026 |
| Supplemental identification of accused products and invalidity references | September 18, 2026 | January 8, 2027 |
| Final infringement contentions / claim charts | September 25, 2026 | January 15, 2027 or 30 days after Markman order, whichever is later |
| Final invalidity contentions / claim charts | October 2, 2026 | January 22, 2027 or 30 days after Markman order, whichever is later |
| Close of fact discovery | October 30, 2026 | February 5, 2027 |
| Final elections of asserted claims and invalidity defenses | November 6, 2026 | February 12, 2027 |
| Opening expert reports | November 20, 2026 | February 26, 2027 |
| Rebuttal expert reports | January 12, 2027 | April 16, 2027 |
| Reply expert reports | February 2, 2027 | May 14, 2027 |

| | | |
|---|---|---|
| Close of expert discovery | February 26, 2027 | June 11, 2027 |
| File dispositive and Daubert motions | April 2, 2027 | July 23, 2027 |
| Answering briefs re: dispositive and Daubert motions | May 7, 2027 | September 3, 2027 |
| Reply briefs re: dispositive and Daubert motions | June 2, 2027 | October 1, 2027 |
| Hearing on dispositive and Daubert motions | June 24, 2027, 11:00 a.m. | October 22, 2027, 11:00 a.m. |
| Joint proposed final pretrial order | October 29, 2027 | February 25, 2028 |
| Pretrial conference | November 5, 2027 | March 10, 2028, 11:00 a.m. |
| Jury trial | November 15, 2027 (5 days) | March 20, 2028 |

All other provisions of the Scheduling Order (D.I. 24) remain in effect.

The parties' agreement to the dates set forth herein, and the continuation in effect of the remaining provisions of the Scheduling Order (D.I. 24), are without prejudice to, and do not waive, any party's rights or positions with respect to (i) bifurcation and/or severance of the patent claims and TVision's antitrust counterclaims; (ii) modification of the deposition limits set forth in Paragraph 7(e)(i) of the Scheduling Order (D.I. 24) and Rule 30(a)(2) of the Federal Rules of Civil Procedure;[1] and (iii) whether any claim, counterclaim, or defense is triable to a jury or to the Court. Each party reserves all rights to seek, or to oppose, such relief at a later date.

[1] The parties are currently discussing the possibility of modifying these deposition limits. As with the other issues the parties have reserved in this paragraph, if the parties reach impasse, the Court's assistance may be needed.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

SHAW KELLER LLP

By: /s/ *Nathan R. Hoeschen*
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant TVision Insights, Inc.*

Dated: September 25, 2026
13162537/14944.00011

SO ORDERED this 28th day of September, 2026.

The Honorable Christopher J. Burke