IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>TVISION INSIGHTS, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-575-CJB |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND TIME TO SUBMIT A JOINT STATUS REPORT**

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the time for the parties to file a joint letter with an interim report on the nature of the matters in issue and the progress of discovery to date is extended through and including November 12, 2026.

*/s/ David E. Moore*
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Malisa C. Dang (No. 7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Attorneys for Plaintiff and Counter-Defendant The Nielsen Company (US), LLC*

*/s/Virginia K. Lynch*
Andrew E. Russell (No. 5382)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
glynch@shawkeller.com

*Attorneys for Defendant and Counter-Plaintiff TVision Insights, Inc.*

Dated: November 5, 2026

IT IS SO ORDERED this ______ day of ________________, 2026.

________________________________
United States Magistrate Judge