**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-575-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SUBPOENA</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Duracell U.S. Operations, Inc., through its undersigned counsel, intends to serve the attached subpoenas in the above-referenced action:

1. Subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action directed to Viant Technology LLC
2. Subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action directed to Makers AI
3. Subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action directed to Telos Advisors, Inc.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

OF COUNSEL:

Steven Yovits
Douglas Lewis
Jason Greenhut
Matthew Kennison
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Brian Rosenthal
Katherine Dominguez
Eric J. Stock
Brian J. Forsatz
Kate Swisher
Simone B. Yhap
Angelle Henderson
Jefferson E. Bell
Katie Zavadski
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Joshua Lipton
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Tel: (202) 955-8500

James J. Lischeske
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence St., Suite 3000
Denver, CO 80202
Tel: (303) 298-5700

Dated: November 9, 2026
15023047 / 14944.00011