**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-575-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**
**TO SUBMIT JOINT STATUS REPORT**

WHEREAS, the parties have exchanged drafts of an interim status report following this Court's claim construction order (D.I. 181);

WHEREAS, the parties require additional time to complete the status report, in part due to the national outages affecting emails on Microsoft Outlook;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for the parties to submit a joint interim status report shall be extended to and including November 13, 2026.

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated: November 12, 2026
15027836 / 14944-00011

SHAW KELLER LLP

By: */s/ Andrew E. Russell*
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
Emily DiBenedetto (#6779)
Virginia Lynch (#7423)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com
glynch@shawkeller.com

*Attorneys for Defendant TVision Insights, Inc.*

IT IS SO ORDERED this ______ day of ________________, 2026.

________________________________
The Honorable Christopher J. Burke
United States Magistrate Judge